# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                              Case No.  6:08-cr-28-Orl-31KRS

**MARCUS ROGOZINSKI,**
**VIRA HONG**

---

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**   **DEMAND FOR DISCOVERY (Doc. No. 38)**
>
> **FILED:**       February 26, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **STRICKEN**

> **MOTION:**   **DEMAND FOR DISCOVERY (Doc. No. 39)**
>
> **FILED:**       February 26, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **STRICKEN**.

> **MOTION:**   **WRIT OF CERTIORARI (Doc. No. 40)**
>
> **FILED:**       February 26, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **STRICKEN**.

I advised the Defendants in a hearing conducted on February 27, 2008, that they may not file papers on their own behalf because each of them is represented by counsel. Accordingly, the Court will not consider the above-referenced documents because they were filed by the Defendants on their own behalf.

**DONE** and **ORDERED** in Orlando, Florida on this 27th day of February, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
Counsel for Defendants